UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARX LENIN GALINDO, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

361 DELI GROCERY LLC, *doing business as 361 Deli*, and AHMED N. AL QAFARI,

Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/28/26

1:25-cv-7485-MKV

ORDER SCHEDULING
HEARING ON MOTION FOR
DEFAULT JUDGMENT

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Court will hold a hearing on Plaintiff's motion for a default judgment [ECF Nos. 14–16] on **May 29, 2026 at 12:00 p.m. in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**.  Plaintiff shall be prepared to make a record in support of the motion.

IT IS FURTHER ORDERED that by May 4, 2026 Plaintiff shall serve this Order on Defendants and shall file proof of such service on ECF.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

**Date:  April 28, 2026
          New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**